```
                                                    FILED
                                                    11-27-07
         UNITED STATES DISTRICT COURT                NOV 2 7 2007
         NORTHERN DISTRICT OF ILLINOIS
               EASTERN DIVISION              MAGISTRATE JUDGE JEFFREY COLE
                                             UNITED STATES DISTRICT COURT
```

UNITED STATES OF AMERICA       )   No. 07 CR 777
                               )
v.                             )   Magistrate Judge Jeffrey Cole
                               )
MILES HUNTER                   )

### EX PARTE MOTION TO SEAL COMPLAINT AND AFFIDAVIT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves this Court to seal the Criminal Complaint and Affidavit and this motion to seal and proposed order for 30 days, through and including December 27, 2007, or until the defendant's arrest or further order of the Court, whichever occurs earlier. As grounds for the motion, the government states that disclosure of these materials could seriously jeopardize an ongoing criminal investigation and may prevent the defendant subject to the complaint from being arrested if the complaint and warrant against him are available and known as part of the public record. The government requests, however, that the agents be allowed to enter the existence of the warrant into the NCIC or equivalent law enforcement system.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  _____
     TYLER C. MURRAY
     Assistant United States Attorney
     United States Attorney's Office
     219 South Dearborn Street, 5th Floor
     Chicago, Illinois 60604
     (312) 353-7846