## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 777 | **DATE** | 11/27/07 |
| **CASE TITLE** | USA vs. Miles Hunter | | |

**DOCKET ENTRY TEXT**

Bench warrant issued as to defendant Miles Hunter. Government's motion to seal the case until 12/27/07 is granted.

00:30

| | Courtroom Deputy Initials: | JS |
|---|---|---|