# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 777 | **DATE** | 11/28/07 |
| **CASE TITLE** | USA vs. Miles Hunter | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Initial appearance proceedings held. Government's motion to unseal the case is granted. Defendant Miles Hunter appears in response to arrest on 11/28/07. Defendant informed of rights. Defendant shall remain in custody pending resolution of the detention hearing. Defendant waives his right to preliminary examination. Enter a finding of probable cause. Order defendant bound to the District Court for further proceedings. Detention hearing set for 11/30/07 at 11:15 a.m.

00:30

| | Courtroom Deputy Initials: | JS |
|---|---|---|