UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  USA v. Miles Hunter

Case  07 CR 777

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Miles Hunter

FILED
NOV 28 2007
NOV 28, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SIGNATURE | Barry Sheppard |
| FIRM | Barry O. Sheppard & Assoc. P.C. |
| STREET ADDRESS | 180 N. LaSalle Suite 2510 |
| CITY/STATE/ZIP | Chicago, IL 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2579901 | TELEPHONE NUMBER 312 443 1233 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☑    NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☑    NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☑    NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☑    APPOINTED COUNSEL ☐