# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 777 | **DATE** | 11/30/2007 |
| **CASE TITLE** | USA vs. Miles Hunter | | |

**DOCKET ENTRY TEXT**

Detention hearing held.  Government's oral motion for detention of defendant is granted for the reasons stated in open court. Detention hearing continued to 12/4/07 at 2:00 p.m.   Defendant will remain in custody pending trial or until further order of the court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|