**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                   Case No.: 1:07−cr−00777
                                                            Honorable Jeffrey Cole

Miles Hunter

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 4, 2007:

      MINUTE entry before Judge Jeffrey Cole :Detention hearing held. Motion hearing held. The Defendant's oral motion to continue the detention hearing until 12/6/07 at 11:30 a.m. is granted. Advised in open court notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.