**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                                        Case No.: 1:07−cr−00777
                                                                            Honorable Jeffrey Cole

Miles Hunter

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 6, 2007:

      MINUTE entry before Judge Jeffrey Cole :Detention hearing held. Motion hearing held. Defendant's oral motion to continue [10] is granted. Detention Hearing is set for 12/7/2007 at 01:30 PM. Mailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.