## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 777 | **DATE** | 12/7/2007 |
| **CASE TITLE** | USA vs. Miles Hunter | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held. Enter a finding of probable cause. Defendant bound to the District Court for further proceedings. Detention hearing held. Defendant ordered detained without prejudice as a risk of flight and danger to the community.

Docketing to mail notices.

1:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|