# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

MILES HUNTER

**WARRANT FOR ARREST**

CASE NUMBER: 07CR 777

**KC FILED**
DEC 18 2007
12-18-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MILES HUNTER__
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment  __Information  _X_Complaint  __Order of court  __Violation Notice  __Probation Violation Petition

charging him or her with  (brief description of offense)

on or about December 21, 2004, in the Northern District of Illinois, knowingly and intentionally distributing a controlled substance, namely, fifty grams or more of a mixture and substance containing cocaine base, in the form of "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

JEFFREY COLE
Name of Issuing Officer

*[signed] Jeff Cole*
Signature of Issuing Officer

(By) Deputy Clerk

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

NOVEMBER 27, 2007, CHICAGO, ILLINOIS
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/27/07 | Scott R Davis  FBI Special Agent | *[signed] Scott R Davis* |
| DATE OF ARREST | | |
| 11/27/07 | | |