**MAGISTRATE JUDGE COLE**

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JN FEB 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 777 |
| v. ) | |
| ) | Violations: Title 21, United States Code, |
| MILES HUNTER and ) | Sections 841(a)(1) and 846; and Title 18, |
| SHANTA MARTIN ) | United States Code, Section 2 |

**JUDGE AMY ST. EVE**

## COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about December 21, 2004, at Chicago, in the Northern District of Illinois, Eastern Division,

MILES HUNTER and
SHANTA MARTIN,

defendants herein, conspired with each other to knowingly and intentionally possess with the intent to distribute and to distribute a controlled substance, namely, fifty grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about December 21, 2004, at Chicago, in the Northern District of Illinois, Eastern Division,

> MILES HUNTER and
> SHANTA MARTIN,

defendants herein, knowingly and intentionally distributed a controlled substance, namely, fifty grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about January 19, 2005, at Chicago, in the Northern District of Illinois, Eastern Division,

MILES HUNTER,

defendant herein, knowingly and intentionally distributed a controlled substance, namely, five grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

                                            A TRUE BILL:

                                            _____

                                            FOREPERSON

_____

UNITED STATES ATTORNEY