## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 777 - 1,2 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. Miles Hunter and Shanta Martin | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendants acknowledges receipt of the indictment, waive formal reading and enter pleas of not guilty to all counts. 16.1(A) conference to be held by or on 2/28/2008. Status hearing set for 3/19/2008 at 9:00 A.M. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161 (h)(8)(B)(i)time is excluded in the interest of justice beginning 2/21/2008 to 3/19/2008. (X-T).

Docketing to mail notices.

| | Courtroom Deputy Initials: | TH |
|---|---|---|