IN THE UNITED STATES DISTRI CT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 07 CR 777 |
| v. | ) | |
| | ) | Honorable Amy St. Eve, |
| MILES HUNTER, | ) | *Judge Presiding* |
| *Defendant*. | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

NOW COMES the defendant, MILES HUNTER, pursuant to Local Rule 83.17 of the

Northern District of Illinois, and respectfully requests the Court to enter an order substituting

Susan Pavlow as his counsel of record in the above referenced case.  As such, Attorney Susan

Pavlow seeks leave of Court to enter her appearance on behalf of the defendant.  Attorney Barry

Sheppard seeks leave of Court to withdraw as the attorney of record for the defendant.

Wherefore, the defendant respectfully requests the Court to enter an order to allow Susan

Pavlow to enter her appearance as the attorney of record and to allow Barry Sheppard to

withdraw his appearance as attorney of record.

Respectfully submitted,

/s/ Barry Sheppard
180 North LaSalle Street, Suite 2510
Chicago, Illinois  60601
312-443-1233
email:  barry@sheppardlaw.com

/s/ Susan M. Pavlow
53 West Jackson Boulevard, Suite 1460
Chicago, Illinois  60604
312-322-0094
email:  smpavlow@mac.com

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing Motion for Substitution of Counsel was served this 3rd day of March, 2008, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Susan M. Pavlow
Susan M. Pavlow