IN THE UNITED STATES DISTRI CT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     *Plaintiff,* | ) | |
| | ) | Case No. 07 CR 777 |
| v. | ) | |
| | ) | Honorable Amy St. Eve, |
| MILES HUNTER, | ) | *Judge Presiding* |
|     *Defendant*. | ) | |

## NOTICE OF MOTION

**TO:   Mr. Tyler Murray**
        **Assistant United States Attorney**
        **219 South Dearborn Street, 5th Floor**
        **Chicago, Illinois 60604**

    **PLEASE TAKE NOTICE** that on the 11th day of March, 2008, at 8:30 a.m. this cause is set to be heard on Defendant's Motion for Substitution of Counsel before the Honorable Amy St. Eve, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604

    The undersigned, an attorney, certifies that she caused a copy of the Motion for Substitution of Counsel, along with this Notice, to be served upon the person named above in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electric Case Filing (ECF) pursuant to the district court's system as to ECF filers on March 3, 2008.


                                              s/ Susan M. Pavlow
                                              Susan M. Pavlow


Law Offices of Susan M. Pavlow
53 West Jackson Boulevard, Suite 1460
Chicago, Illinois 60604
(312) 322-0094