## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:07−cr−00777
　　　　　　　　　　　　　　　　　　Honorable Amy J. St. Eve

Miles Hunter, et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge Amy J. St. Eve :MOTION by Miles Hunter to substitute attorney [28] is granted as to Miles Hunter (1). Added attorney Susan M. Pavlow for Miles Hunter. Attorney Barry David Sheppard terminated. Appearance on this motion for 3/11/2008 is stricken. Mailed notice (tmh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.