IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     *Plaintiff,* | ) | |
| | ) | Case No. 07 CR 777 |
| v. | ) | |
| | ) | Honorable Amy St. Eve, |
| MILES HUNTER, | ) | *Judge Presiding* |
|     *Defendant*. | ) | |

## NOTICE OF MOTION

**TO:  Mr. Tyler Murray**
      **Assistant United States Attorney**
      **219 South Dearborn Street, 5th Floor**
      **Chicago, Illinois 60604**

**PLEASE TAKE NOTICE** that on the 2nd day of April, 2008, at 8:30 a.m. this cause is set to be heard on Defendant's Motion for Reconsideration of Release Pending Trial before the Honorable Amy St. Eve, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604.

The undersigned, an attorney, certifies that she caused a copy of the Defendant's Motion for Reconsideration of Release Pending Trial, along with this Notice, to be served upon the person named above in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electric Case Filing (ECF) pursuant to the district court's system as to ECF filers on March 28, 2008.

                                                            /s/ Susan M. Pavlow
                                                            Attorney for defendant

Susan M. Pavlow
Attorney for defedant
53 West Jackson Boulevard, Suite 1460
Chicago, Illinois 60604
(312) 322-0094