**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                      Case No.: 1:07−cr−00777
                                        Honorable Amy J. St. Eve

Miles Hunter, et al.
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, April 2, 2008:


MINUTE entry before Judge Honorable Amy J. St. Eve:MOTION by Miles Hunter for reconsideration of Release Pending Trial [33] is entered and continued to 4/16/2008 at 9:00 AM as to Miles Hunter (1) Motion hearing held on 4/2/2008 regarding MOTION by Miles Hunter for reconsideration of Release Pending Trial [33]. Status hearing set for 4/16/2008 at 9:00 AM to stand. Mailed notice (tmh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.