**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                    Case No.: 1:07−cr−00777
                                                      Honorable Amy J. St. Eve

Miles Hunter, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2008:

     MINUTE entry before Judge Honorable Amy J. St. Eve:as to Miles Hunter, Bond hearing held on 4/17/2008. MOTION by Miles Hunter for reconsideration of Release Pending Trial [33] is taken under advisement, as stated in open court. Mailed notice (tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.