UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                         Plaintiff,

v.                                                    Case No.: 1:07−cr−00777
                                                      Honorable Amy J. St. Eve

Miles Hunter, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

    MINUTE entry before the Honorable Amy J. St. Eve:as to Miles Hunter: Status hearing held on 6/24/2008 and continued to 7/24/08 at 9:00 a.m. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161 (h)(8)(B)(i)time is excluded in the interest of justice and pending motions beginning 6/24/08 to 7/24/08. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.