## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                              Case No.: 1:07–cr–00777
                                                Honorable Amy J. St. Eve

Miles Hunter, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

        MINUTE entry before the Honorable Amy J. St. Eve:as to Miles Hunter: Status hearing held on 8/26/2008 and continued to 10/2/08 at 8:45 a.m. Defendant's bond is modified to allow defendant to attend religious services on Sundays, providing defendant provides Pretrial with advance notice. Vanity Hunter, who was present in court, is added as an additional third–party custodian. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(B)(i) time is excluded in the interest of justice beginning 8/26/08 to 10/2/08. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.